## Third District.

The People of the State of Illinois, defendant in error, v. Fred Hyde, plaintiff in error. Gen. No. 8,333.

 Opinion filed
February 3, 1930.
L. T. Graham, for plaintiff in error. A. W. Schimmel, State's Attorney, for defendant in error.
Mr. Presiding Justice Eldredge delivered the opinion of the court.